# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL PAZ-ALVAREZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 16-1792 (PAD) |

### ORDER

Before the court is plaintiff's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Docket Nos. 1 and 7), which the government opposed (Docket No. 11). Plaintiff replied (Docket No. 14). These motions were referred to U.S. Magistrate Judge Bruce J. McGiverin, who issued a Report and Recommendation (Docket No. 17). To date, no objections have been filed.

After conducting a *de novo* review of the record, the court determines that the U.S. Magistrate Judge's findings in the report are supported by the record and the law. The court hereby ADOPTS in its entirety report for the reasons stated therein. Accordingly, plaintiff's Section 2255 petition is DENIED. Judgment shall be entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 10th day of May, 2017.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge
